In the Matter of the Application of THE COUNTY OF WESTCHESTER, by THE WESTCHESTER COUNTY PARK COMMISSION, Respondent, for an Order of Mandamus against THE COMMON COUNCIL OF THE CITY OF YONKERS, Appellant, Directing the Cancellation of Certain Assessments, etc.— Peremptory mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The remedy provided by section 165 of the Second Class Cities Law is exclusive and precludes the granting of an order of mandamus under the circumstances herein. ( N. Y. C. & H. R. R. R. Co. v. City of Yonkers, 238 N. Y. 165.) The case of People ex rel. Erie R. R. Co. v. Tax Comm. (246 N. Y. 322) concerned Tax Law sections containing language different from the Second Class Cities Law sections and is, therefore, inapplicable. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

In the Matter of the Application of EMMA L. WINANT, Appellant, for the Appointment of a Trustee in the Place and Stead of JAMES J. WINANTS and CORNELIA E. WINANT, Now Deceased, Trustees under the Last Will and Testament of EUPHEMIA J. WINANT, Deceased. AMERICAN TRUST COMPANY, Respondent.— Order of the Surrogate's Court of Richmond county denying motion to vacate and resettle order appointing respondent as trustee, and for an order appointing William R. Rust as such trustee, affirmed, without costs. In view of the fact that the interests of the infants are involved, the surrogate was not obliged to comply with the request for the appointment of Mr. Rust. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

In the Matter of the Application of THE WYCKOFF HEIGHTS PRESBYTERIAN CHURCH, etc. HENRY E. OTTO, Appellant; BOARD OF TRUSTEES OF THE WYCKOFF HEIGHTS PRESBYTERIAN CHURCH, Respondent.— Order confirming referee's report and denying petitioner's motion to vacate order of October 2, 1926, unanimously affirmed, with ten dollars costs and disbursements, upon the ground that petitioner's rights, if any, cannot be determined upon motion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EDNA JENNINGS, Respondent, v. ANTON HORNVEDT, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

EDWARD KENNEDY, Respondent, v. REID ICE CREAM CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN R. LARKIN, Appellant, v. J. WILLIAM MENGEL, Respondent.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.